JAMES DERRICK, *Appellant, v.* WILLIAM B. HUBBELL, *Respondent, Impleaded, etc.* — Motin denied. *Per Curiam* opinion filed with the clerk of Erie.

MARY JANE DESBROUGH *v.* GEORGE DESBROUGH. — Motion for reargument denied. Motion to modify order of last General Term denied.

JAMES F. FOX, *Receiver, Respondent, v.* HORACE L. HODGE, *Appellant.* — Motion denied. Leave given to respondent to withdraw his stipulation reducing the judgment.

IN THE MATTER OF NATHAN O. WARREN. — Motion denied, with ten dollars costs.

FRANCIS X. MYERS, *as Sheriff, etc., Respondent, v.* JAMES A. BECKER, *Appellant.* — Motion for reargument denied. Leave granted to appeal to the Court of Appeals on the ground that a question of law is involved which ought to be reviewed by that court.

JOHN S. BLANDON, *Respondent, v.* CURTISS S. MOSES, *as Trustee, etc., Appellant.* — Motion for leave to appeal to the Court of Appeals denied.